UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| VIRGINIA B. HOWERTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:03-01653 (RJL) |
| CHARLES OGLETREE, | ) ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT**
(December **19**, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Motion to Dismiss [#17] is **GRANTED**, and it is further

**ORDERED** that defendant's Motion for Summary Judgment [#18] is **DENIED** as moot, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge